UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DWAYNE CARTER,

    Petitioner,    CIVIL ACTION NO. 04-71762
              HON. JOHN CORBETT O'MEARA
v.

BLAINE LAFLER,

    Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE PEPE'S
REPORT AND RECOMMENDATION

  The Court having reviewed the Magistrate Judge's Report and Recommendation, filed June 07, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

  IT IS HEREBY ORDERED that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and the Petition for Writ of Habeas Corpus be DENIED.


                  s/John Corbett O'Meara
                  United States District Judge

Dated: July 11, 2007

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on July 11, 2007, electronically and/or by U.S. mail.

s/William Barkholz
Case Manager